In the Matter of the Construction of the Will of ARTHUR C. JAMES, Deceased. AMERICAN SEAMEN'S FRIEND SOCIETY et al., Appellants; JAMES FOUNDATION OF NEW YORK, INC., et al., Respondents.

Argued May 24, 1955, decided July 8, 1955.

*William C. Chanler, Knowlton Durham, Harold A. Scheminger* and *John B. Jessup* for American Seamen's Friend Society and others, appellants.

*Francis A. Brick, Jr.,* and *Richard Y. Holcomb* for Society for Promoting the Gospel among Seamen of the Port of New York, appellant.

*A. Donald Mackinnon,* respondent in person; *Harrison Tweed, William Eldred Jackson* and *Janet P. Kane* for James Foundation of New York, Inc., and others, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.